IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID A. MOCK, II,

    Petitioner,

v.

TIM BRUNSMAN, WARDEN,

    Respondent.

CASE NO. 2:11-CV-1156
JUDGE WATSON
MAGISTRATE JUDGE KING

## ORDER

This is an action for a writ of habeas corpus under 28 U.S.C. § 2254. On September 17, 2012, the Magistrate Judge recommended that the action be dismissed on the basis of procedural default. *Report and Recommendation,* Doc. No. 13. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 13, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

MICHAEL H. WATSON
United States District Judge